RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Patrick Ryan

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-829-CWH |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| PATRICK RYAN, | |
| Defendant. | |

COMES NOW the defendant, Patrick Ryan, by and through his counsel of record, Andrew Wong, Assistant Federal Public Defender, and Christopher Burton, Assistant United States Attorney, hereby submit this stipulation to modify Mr. Ryan's conditions of pretrial release.

DATED this 4th day of October, 2018.

RENE L. VALLADARES
Federal Public Defender

By: _/s/ Andrew Wong_

ANDREW WONG
Assistant Federal Public Defender
Attorney for Patrick Ryan

## POINTS AND AUTHORITIES

1)      On September 24, 2018, Mr. Ryan was released on a personal recognizance bond with conditions.  *See* PR Bond, ECF No. 6.  Condition 20 of Mr. Ryan's pretrial release restricts his travel to the state of Nevada.

2)      Mr. Ryan has informed defense counsel that he has a job interview that will require him to travel out of state.  If hired, Mr. Ryan's employer could require him to travel out of state as part of his employment.  Mr. Ryan seeks to modify his conditions to permit travel outside of Nevada with preapproval from his pretrial services officer.

3)      Pretrial Services Officer Emily McKillip has no opposition to modifying Mr. Ryan's conditions of pretrial release.  Mr. Ryan has been fully compliant since being released under pretrial services supervision.

4)      The government also has no opposition to this request.

Dated this 4th day of October, 2018.

RENE L. VALLADARES                          DAYLE ELIESON
Federal Public Defender                         United States Attorney


   */s/ Andrew Wong*                                */s/ Christopher Burton*
By_____          By_____
ANDREW WONG                                 CHRISTOPHER BURTON
Assistant Federal Public Defender               Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

PATRICK RYAN,

        Defendant.

Case No. 2:18-mj-829-CWH

**PROPOSED ORDER**

     IT IS HEREBY ORDERED that Defendant Patrick Ryan's pretrial release conditions are modified to permit travel outside the state of Nevada with preapproval from his pretrial services officer.

     DATED this _5_ day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**<u>CERTIFICATE OF ELECTRONIC SERVICE</u>**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 4, 2018, he served an electronic copy of the above and foregoing **<u>UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE</u>** by electronic service (ECF) to the person named below:

DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Brandon Thomas*
Employee of the Federal Public Defender